Anthony Leroy Davis #6598
L.C.F. P.o. Box 2,
Lansing, Kansas. 66043

# In The United States District Court For The Middle District Of Flordia

CLASS ACTION, Anthony Leroy Davis,
in. re., Trayvon Benjamin Martin,
Decedent, Lansing Correctional Facility,
P.O. Box 2, Lansing, Kansas. 66043,

                                        PLAINTIFF'S,

VS.

The County of Seminol A
Municipal Corporation, And
George Zimmerman Individually
And As Coordinator Neighborhood
Watch Stanford Police Department,
Cecil Smith, Chief of Police, John And
Jane Doe's, etc., 300 North Park Avenue,
Stanford, Flordia. 32771.
                            Defendants

CASE No. 8:13CV2655 T27EAS

2013 OCT 15 PM 1:46

FILED

## Complaint

I.  Parties To This Civil Action:

A. Name of Plaintiff: Anthony Leroy Davis
     Address:          Lansing Correctional Facility
                       P.O. Box 2, Lansing, Kansas. 66043.

B. Defendant: County Of Seminol A Municipal Corporation,
Adjunct A Political Subdivision Of The State
Of Florida.

Employed At: Chief Executive Officer Of The Board Of
Supervisors, Stanford Police Department
300 N. Park Ave.,
Stanford, Florida. 32771
Phone: [407] 688-5000.

C. Additional Defendants: George Zimmerman Individually And As
Coordinator Of Neighorhood Watch Stanford
Police Department, Cecil Smith Chief Of Police,
John And Jane Doe's, etc., 300 N. Park
Avenue, Stanford, Florida. 32771.
Phone: [407] 688-5000.

II. Jurisdiction: [Complete One Or More Of The Following
Subparagraphs, A., B.1, B.2., OR B.3., Which-
ever is Applicable.].

A. [Applicable] Diversity Of Citizenship And Amount:
1. Plaintiff is A Citizen Of The State Of Kansas.
2. The First Named defendant Above is either
a. A Citizen Of The State Of Florida; OR
b. A Municipal Corporation incorporated Under The Laws Of The
State Of Florida And having its Principal Place Of business
In A State Other Than The State Of Which Plaintiff is A
Citizen.

2.

3. The Second-Named defendant Above is either

a. <u>A Citizen immigrated to the State of Florida</u>; OR

b. A Municipal Corporation incorporated under the Laws of the State of Florida And having its principal place of business in A State other Than The State of which Plaintiff is A Citizen.

[If There Are more Than Two defendants, Set Forth Below The Foregoing information For each Addition Defendant To This Complaint].

Additional Defendants: Cecil Smith Chief of Police, John And Jane Doe's, etc., et. AL., 300 N. Park Avenue, Stanford, Florida. 32771. Phone: [407] 688-5000.

Plaintiff States: That The Matter in Controversy exceeds, exclusive of interest And Costs, The Sum of Seven-Five Thousand dollars [$ 75,000.00].

B. Jurisdiction Founded on grounds <u>other</u> Than Diversity [Check Any of The Following which Apply To This Case].

✓ 1. Plaintiff has Standings That Arises Under The Following Section of The Constitution of The United States OR Statute of The United States [28 U.S.C. 1331]: Constitution, Article <u>III</u>. Section <u>2</u>; Statute, United States Code, Title <u>28</u>, Section <u>1443</u>.

3.

✓ 2. This Case Arises because of A Violation of The Civil OR equal Rights, Privileges, OR immunities Accorded To Citizens of, OR Person within The jurisdiction of The United States [28 U.S.C. 1343].

✓ 3. Other Grounds specify Any And State Any Statute Which gives rise To Such grounds]; [42 U.S.C. 1985]
Anthony Davis, is A male African-American, Class Action, A, Standings, Private Citizen, exercised A Constitutionally Protected First Amendment right Anytime he Petition The government For redress. With respect To The Defendants Acted in An Collusion because of "decedent" Plaintiff "Race", George Zimmerman And John And Jane Doe's Acted Together in Furtherance of The Assassination-Conspiracy in The execution of [Trayvon Benjamin Martin] WAS injured in his Person deprived of having And exercising his "Right OR Privilege To equal Protection of The Laws, 14th Amendment Constitution of The United States.

Ⅲ. Statement of Claim:

1. Express Malice — Defendants Trained, Armed, Corroborated, immigrant-Assassin For Some Class based invidiously discriminatory Animus young Black Male's executions ideations Located At Stanford Florida And As A result Plaintiff decedent On OR About February 26th, 2012.

2. 42 U.S.C. 1985 — Defendants Colluded based ON Plaintiff Race And Ordered Agents To Search And Destroy Plaintiff ideations, Fraught with Agents Execution of Plaintiff Who decedent In Furtherance of Conspiracy Located At Stanford Florida, As A result Plaintiff decedent ON OR About February 26th, 2012.

4.

42 U.S.C. 1983 — Defendants State Officials Acted With deliberate indifference when They ignore The obvious Vigilante "George Zimmerman" with A GUN To The Substantial Risk That Plaintiff decedent, Fraught With 28 U.S.C. 1443 Civil Rights in This Case being Violated ideations. Located AT Stanford Florida ON OR About February 26th, 2012, And hence Violated his Rights Under The Eighth Amendment To The United States Constitution And The Due Process provisions OF The Fourteenth Amendment To equal Protection OF The Laws.

IV. Demand For Relief:
[State briefly exactly what judgment OR Relief you Want The Court To give you].
1. Actual Monetary Damages - in excess OF $75,000.00.
2. Declarator Judgment.

V. Do you Claim The Wrong Alleged in your Complaint Are Continuing To occur AT The present Time? yes ☑ No ☐

VI. Do you Claim Actual damages For The Acts Alleged in your Complaint? yes ☑  No ☐

VII. Do you Claim Punitive Monetary Damages? yes ☐ No ☑
IF yes is your Answer, State The Amounts Claimed And The reasons you Claim you Are entitled To recover Money Damages?
[N/A.]

VIII. Administrative Procedures:

A. Have The claims which you make in This Civil Action been Presented Through Any Type Of Administrative procedure Within Any government Agency? yes ☒ NO ☐

B. If yes, gives The date your claim were presented, how They were presented, And The result OF That procedure:

On October 2nd, 2013, Davis V. Smith, et. AL., No. 13-14039-B Notice of Appeal, U.S. Court Of Appeals Eleventh Circuit, Plaintiff Motion For Voluntary dismissal FRAP Rule 42 And 11th Cir. R. 42-1[a], was duly entered dismissed on The 2nd, day Of October 2013.

Anthony L. Davis

Anthony Leroy Davis #6598
L.C.F. P0 Box 2,
Lansing, Kansas. 66043.

Designation OF Place Of Trial

Plaintiff designates: Fernandina, Fort Myers, Jacksonvill, Live Oak, Ocala, Orlando, Saint Petersburg, [Tampa] Florida As The Location For The Trial.

Anthony L. Davis

Signature OF Plaintiff

6.

## Demand Jury Trial OF Right

Plaintiffs Demand A Jury Trial OF Right Fed. R. Civ. P. 38[a]

Anthony L. Davis
Signature OF Plaintiff

ONThe 10th day OF OcTober 2013.

## Verification

I have read The Foregoing Complaint And hereby Verify That The Matter Alleged Therein Are True, except As To Matters Alleged on information And belief, And, As To Those, I believe Them To be True. [I certify Under penalty OF perjury That The Foregoing is True And Correct 28 U.S.C. 1746].
Executed At Lansing, Kansas OnThe 10th day OF OcTober 2013.
Anthony L. Davis
AnThony/Leroy Davis

## Certificate OF Service

I hereby Certify That on The 10th day OF OcTober 2013, I Served Defendants by The United States Mail, First Class, Postage pre-paid To:

Chief Executive Officer OF The Board OF Supervisors
County OFSeminol A municipal Corporation, And George Zimmerman Individually And As Coordinator Neighorhood WATCH STANFord Police Department, Cecil Smith, Chief OF Police, John And Jane Doe's, eTC., 300 North Park Avenue, STANFord, FloridA. 32771.

Anthony L. Davis