UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY LEROY DAVIS,

    Plaintiff,

v.                                                  Case No:  6:13-cv-1736-Orl-28TBS

COUNTY OF SEMINOLE, FLORIDA,
GEORGE ZIMMERMAN, CECIL SMITH
and JOHN AND JANE DOE,

    Defendants.

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Motion for Leave to Proceed *in forma pauperis*. (Doc 7). Upon due consideration I respectfully recommend that the motion be **DENIED** and this case be **DISMISSED WITH PREJUDICE**.[2]

On October 15, Plaintiff filed suit in the Tampa Division of this Court against Seminole County, Seminole County Police Chief Cecil Smith, and George Zimmerman, alleging that the Defendants violated the United States Constitution and federal civil rights laws by their actions in connection with the shooting of Trayvon Martin. (Doc. 1). Along with the complaint, Plaintiff filed a Motion for Leave to Proceed *in forma pauperis*. (Doc. 2). On October 16, Magistrate Judge Jenkins recommended that the Court deny the

---

[1] Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

[2] Plaintiff is a frequent filer in the federal courts. See, e.g., Davis v. Obama, Civ. 13-676, 2013 WL 2445038 (D.D.C. May 10, 2013); Davis v. Jackson County Prison, 3:11-cv-165-CAR-CHW, 2012 WL 174812 (M.D. Ga. Jan. 20, 2012). Most of the cases he has brought appear to be frivolous.

    Plaintiff has been sanctioned by other courts for his litigation practices. On October 7, the United States Supreme Court, citing Plaintiff's "repeated[] abuse[]" of the Court's process, ordered the Clerk of that Court to accept no more petitions from Plaintiff in noncriminal matters unless Plaintiff paid the docketing fee and complied with other filing requirements. In re Anthony Davis, No. 12-10869, 2013 WL 3163421, at *1 (Oct. 7, 2013).

motion and dismiss the case without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim for relief.  (Doc. 3).

Plaintiff did not object to Magistrate Judge Jenkins's Report and Recommendations.  Instead, on November 4, he filed a Motion to Amend Complaint (Doc. 5), an Amended Complaint (Doc. 6), another Motion for Leave to Proceed *in forma pauperis* (Doc. 7), and a Motion for Miscellaneous Relief, specifically for service by U.S. Marshal (Doc. 8).  On November 6, Judge Whittemore adopted the Report and Recommendations, denied the first Motion for Leave to Proceed *in forma pauperis* without prejudice, dismissed the Complaint without prejudice, and transferred the case *sua sponte* to this division.

Federal courts may allow an individual to proceed *in forma paperis* if that person declares in an affidavit that he "is unable to pay [filing] fees or give security therefor." 28 U.S.C. § 1915(a)(1). However, before a plaintiff is permitted to proceed *in forma pauperis*, the Court is obligated to review the complaint to determine whether it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against an immune defendant. Id. § 1915(e)(2).

The caption of the Amended Complaint identifies Plaintiff as: "Class Action, Anthony Leroy Davis, executor, in re., Trayvon Benjamin Martin, decedent." (Doc. 6, p. 1).  In the Amended Complaint, Plaintiff alleges that "[t]wo or more persons in the State of Florida conspired to go on the premises of Trayvon Benjamin Martin's for the purpose of depriving directly or indirectly any young African-American/Black male of the equal protection of the laws." (Doc. 6 p. 4).  He seeks recovery for negligence, wrongful death, and Eighth Amendment violations pursuant to 42 U.S.C. § 1983. (Id.)  Plaintiff's complaint does not indicate how (if at all) he was personally injured by these events.

Plaintiff's claim is plainly frivolous and fails to state a claim upon which this Court may grant him relief. He purports to be executor of Trayvon Martin's estate, but this is not true. Plaintiff was convicted in Kansas in 1988 for three felonies, including first degree murder. Kansas Department of Corrections, Offender Population Search, available at http://165.201.143.205/kasper2/offender.asp?id=94 (accessed Nov. 7, 2013). Convicted felons are disqualified from serving as personal representatives of the estates of decedents in Florida. FLA. STAT. § 733.303(1)(a). Because he is not the personal representative of Trayvon Martin, he may not assert claims on behalf of Trayvon Martin's estate, either under federal or state law. See FLA. STAT. § 768.20 (personal representative is proper party in wrongful death action); Christie v. Lee County Sheriff's Office, No. 2:10-cv-420-FtM-36DNF, 2011 WL 4501953, at *2 (only a personal representative of decedent's estate may bring a § 1983 claim for violations of the decedent's rights).

Dismissal is also warranted because Plaintiff has accumulated "three strikes" under the IFP statute, 28 U.S.C. § 1915(g), and therefore may not proceed *in forma pauperis* in any civil litigation unless he shows that he "is under imminent danger of serious physical injury." Cf. Davis v. Rice, 299 Fed. Appx. 834, 835 (10th Cir. 2008).

Dismissal with prejudice is appropriate here because leave to amend would be futile. Burger King Corp. v. Weaver, 169 F.3d 1310, 1319 (11th Cir. 1999)

I therefore recommend that the Court **DENY** Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 7), **DISMISS** the case **with prejudice** as frivolous and for failure to state a claim upon which relief can be granted, and **DENY** all other pending motions as moot.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on November 7, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record
    Any Unrepresented Parties