UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY LEROY DAVIS,

        **Plaintiff,**

-vs-                                            Case No. 6:13-cv-1736-Orl-28KRS

COUNTY OF SEMINOLE, FLORIDA,
GEORGE ZIMMERMAN, CECIL SMITH,
and JOHN AND JANE DOE,

        **Defendants.**

---

# ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 7) filed November 4, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 14), the objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 7, 2013 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 7) is **DENIED**.

3. This case is **DISMISSED with prejudice** as frivolous and for failure to state a claim upon which relief can be granted.

4. All pending motions are **DENIED as moot**.

5. The Clerk of the Court is directed to close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this 2 day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party