UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY LEROY DAVIS,

        Plaintiff,

-vs-                                      Case No. 6:13-cv-1736-Orl-28KRS

COUNTY OF SEMINOLE, FLORIDA,
GEORGE ZIMMERMAN, CECIL SMITH,
and JOHN AND JANE DOE,

        Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. No. 21) filed January 31, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. 25), Plaintiff's objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 4, 2014 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. No. 21) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of February, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party